IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CURTIS MOODY,

    Petitioner, : Case No. 3:18-cv-139

- vs -     District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

TOM SCHWEITZER, Warden,
  Lebanon Correctional Institution

    :

    Respondent.

## RECOMMITTAL ORDER

This habeas corpus case, brought *pro se* by Petitioner Curtis Moody, is before the Court on Petitioner's Objections (ECF No. 59) to the Magistrate Judge's Report and Recommendations (ECF No. 56) recommending Petitioner's Motion for Relief from Judgment (ECF No. 55) be denied.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 18, 2021.

                                                          Walter H. Rice
                                                     United States District Judge